THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MELVILLE, Appellant.— Defendant appeals from a judgment of the County Court of Kings County convicting him of the crimes of robbery in the first degree, grand larceny in the first degree, and assault in the second degree; and sentencing him, as a second offender, to imprisonment for a minimum of thirty years and a maximum of sixty

years. Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.